STATE of Missouri, Respondent,

v.

Lorenzo SMOTHERMAN, Appellant.

No. ED 101164

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR*.

Filed: March 24, 2015

Andrew E. Zleit, 1010 Market, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Todd T. Smith, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### *ORDER*

#### PER CURIAM

Lorenzo Smotherman ("Defendant") appeals from a judgment after a jury trial finding he was guilty of the class C felony of possession of a controlled substance, in violation of Section 195.202, RSMo (2011). He was sentenced as a persistent drug offender to twelve years in the Missouri Department of Corrections. We have reviewed the briefs of the parties and the record on appeal and find no error of law.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).